No. 576.   Lynd, Registrar of Elections of Forrest County, Mississippi, v. Kennedy, Attorney General. C. A. 5th Cir.   Certiorari denied.   *Joe T. Patterson,* Attorney General of Mississippi, *Dugas Shands, Will S. Wells* and *Guy N. Rogers,* Assistant Attorneys General, *Peter M. Stockett, Jr.* and *Darryl Hurt,* Special Assistant Attorneys General, and *M. M. Roberts* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 580.   Hall v. United States.   C. A. 5th Cir. Certiorari denied.   *Wesley R. Asinof* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 587.   Muskegon Piston Ring Co. v. Olsen et al. C. A. 6th Cir.   Certiorari denied.   *Peter P. Price, Robert C. C. Heaney* and *J. Roger Wollenberg* for petitioner. *Harold M. Street* for respondents.

No. 589.   Texas & New Orleans Railroad Co. et al. v. Brotherhood of Railroad Trainmen et al.   C. A. 5th Cir.   Certiorari denied.   *Tom M. Davis* and *Palmer Hutcheson, Jr.* for petitioners.   *Wayland K. Sullivan* for respondents.

No. 596.   Sears, Roebuck & Co. et al. v. Jones et al. C. A. 10th Cir.   Certiorari denied.   *Cedric W. Porter* and *Philip H. Sheridan* for petitioners.   *Herbert J. Jacobi, Samuel L. Davidson* and *Robert B. Jacobi* for respondents.